THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* FRANK WALLS, Defendant-Appellant.

(No. 71-335;

Second District—February 7, 1973.

Opinion by Mr. JUSTICE ABRAHAMSON.

Eugene Griffin, of Murphy, Griffin & Dixon, of Aurora, for appellant.

William R. Ketcham, State's Attorney, of Geneva, (W. Ben Morgan and Leo Wotan, Jr., Assistant State's Attorneys, of counsel,) for the People.